JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTINA RUBALCAVA, ) | Case No. EDCV 14-01746-DTB |
| Plaintiff, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| Defendant. ) | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: December 7, 2015

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1